

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-16-00025-CV

Beatrice **VASQUEZ** & Darryl De La Cruz,
Appellants

v.

**OLD AUSTIN ROAD LAND TRUST**, Joseph Anthony Pizzini Individually and as Trustee of
Old Austin Road Land Trust, & John Price,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20809
Honorable David A. Canales, Judge Presiding

## O R D E R

　　Appellants' brief is due on April 28, 20126.  *See* TEX. R. APP. P. 38.6(a).  On April 26, 2016, Appellants filed an unopposed first motion for extension of time to file their brief until thirty days after a late-requested reporter's record is filed.  *See id.* R. 34.6(b)(3) (late requested record).

　　Appellant's motion is GRANTED.  The court reporter's record is due within SEVEN DAYS of the date of this order.  Appellants' brief will be due thirty days after the reporter's record is filed.  *See id.* R. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court